# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, T.J. STINSON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**SHANNON M. HARRIS**
**BOATSWAIN'S MATE SEAMAN (E-3), U.S. NAVY**

**NMCCA 201500022**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 5 November 2014.
**Military Judge:** CAPT A.H. Henderson, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southwest, San Diego, CA.
**Staff Judge Advocate's Recommendation:** CDR D.J. Jones, JAGC, USN.
**For Appellant:** CAPT Tierney Carlos, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**14 May 2015**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court